UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

## ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

Applicant's Name: Kathleen Sullivan Hardway

Firm Name: Venable LLP

Address: Two Hopkins Plaza, Suite 1800

City/State/Zip: Baltimore, Maryland 21201

Telephone/Fax: (410) 244-7400/(410) 244-7742

Email Address: kshardway@venable.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-08

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York.

Dated: March 14, 2008
New York, New York

So ordered

_____
John F. Keenan
United States District Judge

60238396 1 DOC

# Certificate of Good Standing



UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that, KATHLEEN F. SULLIVAN, ESQUIRE, BAR NUMBER 25406, was duly admitted to practice in the United States District Court for the District of Maryland on September 11, 1998, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

FELICIA C. CANNON
Clerk

Date: March 3, 2008

Tina Stavrou - Deputy Clerk